| | |
|---|---|
| **SILVERMANACAMPORA LLP**<br>Proposed Counsel to the<br>Official Committee of Unsecured Creditors<br>100 Jericho Quadrangle, Suite 300<br>Jericho, New York 11753<br>(516) 479-6300<br>Ronald J. Friedman, Esq.<br>Brian Powers, Esq.<br>Haley L. Trust, Esq. | **Hearing Date: September 14, 2020**<br>**Time: 10:00 a.m.**<br><br>**Objections Due: September 7, 2020**<br>**Time: 4:00 p.m.** |

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------x
In re:

BAUMANN & SONS BUSES, INC. *et al.*,

                                                Debtor.
-------------------------------------------------------------------------x

Chapter 11

Case No. 20-72121 (REG)

## NOTICE OF HEARING ON APPLICATION
## FOR AN ORDER AUTHORIZING THE RETENTION AND
## EMPLOYMENT OF SILVERMANACAMPORA LLP, AS COUNSEL
## TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS

**PLEASE TAKE NOTICE**, that a telephonic hearing (the "**Hearing**") on the application (the "**Application**") of the Official Committee of Unsecured Creditors (the "**Committee**") of Baumann & Sons Buses, Inc., *et al*, the above-captioned debtors and debtors-in-possession (each a "**Debtor**") and collectively, the "**Debtors**") in the above-referenced jointly administered chapter 11 cases (the "**Bankruptcy Cases**"), by and through their proposed attorneys, SilvermanAcampora LLP ("**SilvermanAcampora**"), seeking the entry of an order substantially in the form annexed hereto as **Exhibit A** (the "**Proposed Order**"), pursuant to §§328 and 1103(a) of title 11 of the United States Code (the "**Bankruptcy Code**") and Rule 2014 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") retaining SilvermanAcampora as counsel to the Committee herein effective as of July 28, 2020, will be held on **September 14, 2020** at **10:00 a.m.** before the Honorable Robert E. Grossman, United States Bankruptcy Judge for the Eastern District of New York.

**PLEASE TAKE FURTHER NOTICE**, that, prior to the Hearing, all parties interested in participating in the Hearing must sign up with Court Solutions at www.courtsolutions.com in order to participate in the Hearing and follow the Court's guidelines.

**PLEASE TAKE FURTHER NOTICE**, that objections, if any, to the Application shall be in writing and served so as to be received by: (i) the Clerk the United States Bankruptcy Court, Eastern District of N.Y., Alfonse M. D'Amato U.S. Courthouse, 290 Federal Plaza, Central Islip, New York, 11722; (ii) SilvermanAcampora LLP, proposed counsel to the Official Committee of Unsecured Creditors, 100 Jericho Quadrangle, Suite 300, Jericho, New York, 11753, Attn. Ronald J. Friedman, Esq., and (iii) Office of the United States Trustee, 560 Federal Plaza, Central Islip, New York 11722, Attention: Christine H. Black, Esq., no later than **September 7, 2020** at **4:00 p.m.**

**PLEASE TAKE FURTHER NOTICE**, that the Hearing may be adjourned without further notice other than the filing of a notice on the Court's electronic docket for this case or the announcement of such adjournment in open Court.

Dated: Jericho, New York
August 12, 2020

        **SILVERMANACAMPORA LLP**
        Proposed Counsel to the
        Official Committee of Unsecured Creditors

        By:  s/Ronald J. Friedman
            Ronald J. Friedman
        A Member of the Firm
        100 Jericho Quadrangle, Suite 300
        Jericho, New York 11753
        (516) 479-6300