**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------- X
: 
In re: : Chapter 11
 : 
BAUMANN & SONS BUSES, INC., *et al.*, : Case No. 20-72121 (REG)
 : 
Debtors.[1] : (Jointly Administered)
 : 
---------------------------------------------------------------------- X

# DECLARATION OF SERVICE

Pursuant to 28 U.S.C. § 1746, I hereby declare that the following is true and correct to the best of my knowledge, information and belief:

1. I am over the age of 18, am not a party to this action, and am employed by Klestadt Winters Jureller Southard & Stevens, LLP located at 200 West 41st Street, 17th Floor, New York, New York, 10036.

2. On the 27th day of August, 2020, I served copies of:

- Notice of (I) Hearing to Consider Approval of the Sale of Certain of the Debtors' Assets and (II) Filing of First Public Sale of Hearing Notice, along with exhibits referenced therein [Docket No. 190];

by email upon these parties listed on **Schedule A**.

I declare under penalty of perjury that the foregoing is true and correct.

Executed: August 27, 2020

                                                  */s/Kristen Strine*
                                                Kristen Strine

---

[1] The Debtors in these cases, along with the last four digits of each of the Debtor's federal tax identification number are: Baumann & Sons Buses, Inc. (2109), ACME Bus Corp. (8937), ABA Transportation Holding Co., Inc. (4676), Brookset Bus Corp. (7908), and Baumann Bus Company, Inc. (9631). The Debtors' headquarters is located at 3355 Veterans Memorial Highway, Ronkonkoma, New York 11779.

## Schedule A

**Office of the United States Trustee:**

Office of the United States Trustee
Long Island Federal Courthouse
560 Federal Plaza – Room 560
Central Islip, NY 11722-4437
Attn:   Christine H. Black
            Christine.H.Black@usdoj.gov

**Counsel to the Committee:**

SilvermanAcampora LLP
100 Jericho Quadrangle, Suite 300
Jericho, NY 11753
Attn:   Ronald J. Friedman, Esq.
            Brian Powers, Esq.
RFriedman@SilvermanAcampora.com
BPowers@SilvermanAcampora.com
HTrust@SilvermanAcampora.com;

**Secured creditors or their counsel:**

Cullen & Dykman LLP
100 Quentin Roosevelt Boulevard
Garden City, NY 11530
Attn:   Matthew G. Roseman
            Thomas R. Slome
            mroseman@cullenllp.com
            tslome@cullenllp.com

Chiesa Shahinian & Giantomasi PC
One Boland Drive
West Orange, NJ 07052
Attn:   Brian Kantar
            Scott Zuber
            bkantar@csglaw.com
            szuber@csglaw.com

Warner Norcross + Judd LLP
1500 Warner Building
150 Ottawa Avenue N.W.
Grand Rapids, Michigan 49503
Attn:   Stephen B. Grow
            sgrow@wnj.com

Shapiro, Dicaro & Barak
One Huntington Quadrangle, Suite 3N05
Melville, NY 11747
Attn:   Robert Griswold
            rgriswold@logs.com
            NYBKCourt@logs.com

Bronster LLP
156 West 56th Street - Suite 902
New York, NY 10019
Attn:   Michael H. Resnikoff
            Andrew Helfand
            mresnikoff@bronsterllp.com
            ahelfand@bronsterllp.com

Platzer, Swergold, Levine,
Goldberg, Katz & Jaslow, LLP
475 Park Avenue South, 18th Floor,
New York, NY 10016
Attn:   Clifford A. Katz, Esq.
            ckatz@platzerlaw.com

Wright Law Group, PLLC
4470 W. Sunset Blvd., Suite 90003
Los Angeles, California 90027
Attn:   Melody G. Anderson
            mga@replevin.com

Schiller Knapp
30 Montgomery Street, Suite 1205
Jersey City, NJ 07302
Attn:   Martin Mooney
            MMooney@schillerknapp.com

Signature Bank
261 Madison Avenue
New York, NY 10016
Attn:   Randi Schneer, Senior VP
            David McGowan
            rschneer@signatureny.com
            dmcgowan@signatureny.com

Westbury Jeep Chrysler Dodge RAM SRT
100 Jericho Turnpike
Jericho, NY 11753
scastro@westburyjeep.com
jsporn@westburyjeep.com
WBallan@levittownford.com
jcristales@levittownford.com

**Notice of appearance parties:**

Weinberg, Gross & Pergament LLP
400 Garden City Plaza - Suite 403
Garden City, NY 11530
Attn:   Marc A. Pergament
        mpergament@wgplaw.com

Graydon Head & Ritchey LLP
312 Walnut Street, Suite 1800
Cincinnati, OH 45202
Attn:   J. Michael Debbeler, Esq.
        mdebbelerr@graydon.law

The Frank Law Firm P.C.
333 Glehn Head Road, Suite 208
Old Brookville, NY 11545
Attn:   Thomas J. Frank, Esq.
        thomas@frankfirmpc.com

Berger, Fischoff, Shumer, Wexler &
Goodman, LLP
6901 Jericho Turnpike, Suite 230
Syosset, NY 11791
Attn:   Heath S. Berger
        hberger@bfslawfirm.com

Foley & Lardner LLP
90 Park Avenue
New York, NY 10016-1314
Attn:   Paul Labov
        Alissa Nann
        Mike Riordan
        plabov@foley.com
        anann@foley.com
        mriordan@foley.com

Joseph, Terracciano & Lynam, LLP
2 Roosevelt Avenue - Suite 200
Syosset, NY 11791
Attn:   Peter J. Terracciano, Esq.
        Pterracciano@jtesqs.com

Macco Law Group, LLP
2950 Express Drive South, Suite 109
Islandia, NY 11749
Attn:   Peter Corey, pcorey@maccolaw.com

Frazer & Feldman, LLP
1415 Kellum Place
Garden City, NY 11530
Attn:   James H. Pyun
        Jonathan Heidelberger
        Wade C. Wilkinson
        Dennis O'Brien
        jhpyun@ffedlaw.com
        jheidelberger@ffedlaw.com
        wwilkinson@ffedlaw.com
        dobrien@ffedlaw.com

Guercio & Guercio LLP
77 Conklin Street
Farmingdale, NY 11735
Attn:   Christopher Shishko
        cshishko@guerciolaw.com

Monteiro & Fishman, LLP
91 N. Franklin Street, Suite 108
Hempstead, NY 11590
Attn:   Marcus Monteiro,
mmonteiro@mflawny.com

Reich Reich & Reich, PC
235 Main Street, Suite 450
White Plains, NY 10601
Attn:   Jeffrey A. Reich,
jreich@reichpc.com

LAMB & BARNOSKY, LLP
534 Broadhollow Road, Suite 210
Melville, NY 11747-9034
Attn:   Michelle S. Feldman, Esq.
        msf@lambbarnosky.com

Certilman Balin Adler & Hyman, LLP
90 Merrick Avenue, 9th Floor
East Meadow   NY      11554
Attn:   Richard J. McCord, Esq.
            Robert D. Nosek, Esq.
            rmccord@certilmanbalin.com
            rnosek@certilmanbalin.com

**Any party expressing an interest in purchasing the Debtors' assets:**

Proskauer Rose LLP
Eleven Times Square
New York, NY 10036-8299
Attn:    Vincent Indelicato
vindelicato@proskauer.com

First Student, Inc.
532 Old Marlton Pike West
Suite 201
Marlton, NJ 08053
Attn:   Jim Woods
            Chase Seely
            Scott Burkoth
            Jim.Woods@FirstGroup.com
            Chase.Seely@firstgroup.com
            Scott.Burkoth@firstgroup.com

We Transport
75 Commercial Street
Plainview, NY 11803
Attn:   Bart Marksohn
            Carmen Tomeo
            bart@wetransport.com
            carmen@wetransport.com

Suffolk Bus
John Corrado, jcorrado@suffolkbus.com

Rolling V Bus Corp
PO Box 110
South Fallsburg, NY 12779
philvallone@rollingv.com

Twin Bus, joshgreenberg5@gmail.com

Orange County Transit
John Mensch, John@orangectytransit.com

Total Bus Co
400 Stanley Ave
Brooklyn, NY 11207
Attn:    Augie Vona
             Todd Farber
             avona@totalbusco.com
             tfarber@totalbusco.com

Durham School Services
4300 Weaver Pkwy
Warrenville, IL 60555-3919
Attn:   Nicholas Voisard
nvoisard@durhamschoolservices.com

North Fork Express
14 Hawkins Ave
Ronkonkoma, NY 11779
Attn:    Gregory Mensch
             greg@northforkexpress.com

Montauk Bus
209 Wading River Road
Center Moriches, NY 11934
Attn:   Linda Plourde
            linda.montaukbus@yahoo.com

Don Brown Sales
mark@buscrazy.net

Nesco Bus Maintenance Inc.
202 South Fehr Way
Bay Shore, NY 11706
Attn:   Nestor Zaragoza
            nestor@nescobus.com

Logan Bus
CMuirhead@LOGANBUS.COM

Seth Transportation
sethtrans@aol.com

TLC Transportation
500 Church Street
Bayport, NY 11705
GGraff@tlctransport.com

Christian Boney
Chris Lim, cboney72@gmail.com;
insistonchris@yahoo.com

Cook M&A
Attn: Joe Bilanzic
jbilanzic@cookma.com

**Counterparties or Counsel to Counterparties with contracts that the debtors may potentially assign:**

Ingerman Smith LLP
150 Motor Parkway, Suite 400
Hauppauge, New York 11788
Attn:   Antonia L. Hamblin,
ahamblin@ingermansmith.com

Westchester County Attorney's Office
Brian Miller
Senior Assistant County Attorney
bdm1@westchestergov.com

Shaw, Perelson, May & Lambert, LLP
115 Stevens Avenue
Valhalla, NY 10595
Attn:   Margo L. May
            mmay@shawperelson.com