**KLESTADT WINTERS JURELLER**
**SOUTHARD & STEVENS, LLP**
Sean C. Southard
Fred Stevens
Lauren C. Kiss
200 West 41st Street, 17th Floor
New York, NY 10036
Telephone: (212) 972-3000
Facsimile: (212) 972-2245

*Counsel to the Debtors and Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
                                                                  :
In re:                                                            :    Chapter 11
                                                                  :
BAUMANN & SONS BUSES, INC., *et al.*,                             :    Case No. 20-72121 (REG)
                                                                  :
                          Debtors.[1]                             :    (Jointly Administered)
                                                                  :
------------------------------------------------------------------X

### CERTIFICATE OF NO OBJECTION WITH RESPECT TO THE NOTICE OF PROPOSED FIRST PUBLIC SALE OF CERTAIN OF THE DEBTORS' ASSETS

Pursuant to Rule 9075-2 of the Local Bankruptcy Rules for the Eastern District of New York, the undersigned hereby certifies as follows:

1.     On August 3, 2020, Baumann & Sons Buses, Inc. ("Sons"), ACME Bus Corp. ("ACME"), ABA Transportation Holding Co., Inc. ("ABA"), Brookset Bus Corp. ("Brookset") and Baumann Bus Company, Inc. ("Baumann"), the above-captioned debtors and debtors in possession (collectively, the "Debtors"), filed their amended motion (the "Sale Motion"), pursuant to sections 105(a), 363(b), (f), and (m), and 365, 503 and 507 of Title 11 of the United States Code

---

[1] The Debtors in these cases, along with the last four digits of each of the Debtor's federal tax identification number are: Baumann & Sons Buses, Inc. (2109) and ACME Bus Corp. (8937). Effective August 3, 2020, the following Debtors were added to this case: ABA Transportation Holding Co., Inc. (4676), Brookset Bus Corp. (7908) and Baumann Bus Company, Inc. (9631). The Debtors' headquarters is located at 3355 Veterans Memorial Highway, Ronkonkoma, New York 11779.

(the "Bankruptcy Code") and Rules 2002, 6004, 6006 and 9014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), seeking relief related to the sale process (the "Sale Process") for the public sale (each a "Public Sale," or collectively, the "Public Sales") of substantially all of their personal property assets used in the operation of their transportation business (collectively, the "Transportation Assets"), including approving procedures ("Bidding Procedures") for the Public Sales free and clear of all liens, claims, encumbrances, and interests (collectively, "Liens"), and on August 10, 2020, the Court entered an order (the "Bidding Procedures Order")[2] [Docket No. 146] establishing, among other things, the Bidding Procedures for the Public Sales.

2.      As set forth in the Bidding Procedures, the Debtors scheduled the first virtual Public Sale (the "First Public Sale") for August 24-26, 2020.

3.      On August 27, 2020 the Debtors filed the *Notice of (I) Hearing to Consider Approval of the Sale of Certain of the Debtors' Assets and (II) Filing of First Public Sale Hearing Notice* (the "First Public Sale Hearing Notice") [Docket No. 190]. Attached as Exhibit B to the First Public Sale Hearing Notice was a proposed order approving the results of the First Public Sale and granting related relief (the "First Public Sale Order").

4.      Pursuant to the Sale Notice attached to the Bidding Procedures Order as Exhibit 2, any objections to the First Public Sale were to be filed no later than August 27, 2020 at 4:00 p.m. (EST) (the "Objection Deadline").

5.      The Debtors caused the (i) Bidding Procedures Order and exhibits thereto to be served on August 12, 2020 as reflected in the affidavit of service filed with the Court [Docket No. 161] and (ii) First Public Sale Hearing Notice to be served on August 27, 2020, as reflected in the declaration of service filed with the Court [Docket No. 191].

---

[2] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the Bidding Procedures Order.

6.      As of the time of filing this certificate of no objection, no objection or responsive pleading to the First Public Sale or entry of the First Public Sale Order has been served upon the undersigned.  Additionally, the undersigned has reviewed the Court's dockets in these cases and no objection or responsive pleading has been filed with the Court.  Lastly, the undersigned is unaware of any objection or responsive pleading to the First Public Sale or entry of the First Public Sale Order or request for a hearing with respect to the First Public Sale.

Based on the forgoing, the Debtors respectfully request the proposed order annexed hereto as **<u>Exhibit A</u>**[3] be entered without a hearing.

Dated:    New York, New York
            August 27, 2020

                                        **KLESTADT WINTERS JURELLER**
                                        **SOUTHARD & STEVENS, LLP**

                              By:   _/s/ Sean C. Southard_
                                        Sean C. Southard
                                        Fred Stevens
                                        Lauren C. Kiss
                                        200 West 41st Street, 17th Floor
                                        New York, New York 10036
                                        Tel: (212) 972-3000
                                        Fax: (212) 972-2245
                                        Email: ssouthard@klestadt.com
                                                fstevens@klestadt.com
                                                lkiss@klestadt.com

                                        _Counsel to the Debtors_

---

[3] Exhibit A contains a clean and black-lined version showing the changes between the First Public Sale Order filed with the First Public Sale Hearing Notice [Docket No. 190-2] and the proposed order presented to the Court for signature with this certification.